IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS AV, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1086 (GMS) |
| | ) | |
| GLOBAL MEDIA GROUP, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby agree to dismiss this action with prejudice. Each party shall bear its own attorneys' fees and costs.

 /s/ Brian E. Farnan
Brian E. Farnan (#4089)
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

 Melanie K. Sharp
Melanie K. Sharp (No. 2501)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

*Attorney for Defendant*

SO ORDERED this ___ day of _____, 2012.

_____
THE HONORABLE GREGORY M. SLEET